883 A.2d 343

IN THE MATTER OF MITCHELL L. SINGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 006241990).

September 29, 2005.

# O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 05–031, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20–14, **MITCHELL L. SINGER** of **NETCONG,** who was admitted to the bar of this State in 1990, and who has been temporarily suspended from the practice of law since July 23, 2004, should be disbarred on the basis of his disbarment in New York for conduct in violation of *RPC* 1.15(a) (knowing misappropriation of funds) and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit, or misrepresentation);

And **MITCHELL L. SINGER** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MITCHELL L. SINGER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MITCHELL L. SING-ER** pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed July 23, 2004, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **MITCHELL L. SINGER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.